UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re:                                          §
                                                §
Ronald L Cieslak, Jr.                           §          Case No. 16-37516
                                                §
                          Debtor                §
_____

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

        Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L.
Zielinski, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the
trustee's professionals have filed final fee applications, which are summarized in the attached Summary
of Trustee's Final Report and Applications for Compensation.

        The complete Final Report and all applications for compensation are available for inspection at
the Office of the Clerk, at the following address:
                          219 S. Dearborn Street
                          Chicago, IL  60604
Any person wishing to object to any fee application that has not already been approved or to the
Final Report, must file a written objection within 21 days from the mailing of this notice, serve a
copy of the objections upon the trustee, any party whose application is being challenged and the
United States Trustee. A hearing on the fee applications and any objection to the Final Report
will be held at 10:00 AM on 11/17/2017 in Courtroom ,
                          Second Floor
                          Joliet City Hall Building
                          150 West Jefferson Street
                          Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: __10/19/2017__              By: _/s/ Zane L. Zielinski_____
                                                   Chapter 7 Trustee

*Zane L. Zielinski, Trustee*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Ronald L Cieslak, Jr. | § | Case No. 16-37516 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,200.00 |
| and approved disbursements of | $ | 60.00 |
| leaving a balance on hand of[1] | $ | 3,140.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 800.00 | $ 0.00 | $ 800.00 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 21.20 | $ 0.00 | $ 21.20 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 821.20 |
| Remaining Balance | $ | 2,318.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 78,988.81  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  2.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Merrick Bank | $ 3,031.03 | $ 0.00 | $ 88.98 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,757.22 | $ 0.00 | $ 51.59 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | $ 2,157.39 | $ 0.00 | $ 63.33 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,034.81 | $ 0.00 | $ 30.38 |
| 5 | Dominion Web Solutions | $ 1,603.00 | $ 0.00 | $ 47.06 |
| 6 | Capital One Bank (Usa), N.A. | $ 3,187.15 | $ 0.00 | $ 93.56 |
| 7 | Capital One Bank (Usa), N.A. | $ 2,400.73 | $ 0.00 | $ 70.48 |
| 8 | Premier Trailer Leasing, Inc. | $ 9,000.00 | $ 0.00 | $ 264.20 |
| 9 | Portfolio Recovery Associates, Llc | $ 581.19 | $ 0.00 | $ 17.06 |
| 10 | Portfolio Recovery Associates, Llc | $ 6,010.24 | $ 0.00 | $ 176.44 |
| 11 | Portfolio Recovery Associates, Llc | $ 3,226.05 | $ 0.00 | $ 94.70 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Rlf I-C Spe, Llc, Assignee Of First Midwest Bank | $ 45,000.00 | $ 0.00 | $ 1,321.02 |

Total to be paid to timely general unsecured creditors     $ 2,318.80

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski, Trustee*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 16-37516-PSH
Ronald L Cieslak, Jr.                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: kmcgee              Page 1 of 1           Date Rcvd: Oct 16, 2017
                             Form ID: pdf006           Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db           +Ronald L Cieslak, Jr.,   235 Williamsburg,   Romeoville, IL 60446-4115
25532829      Capital One Bank (USA), N.A.,   by American InfoSource LP agent,   PO Box 71083,
               Charlotte, NC  28272-1083
25126994     +Dominion Web Solutions,   150 Granby Street,   Norfolk, VA 23510-1604
25603741      Premier Trailer Leasing, Inc.,   c/o J. Morgan, Howard & Howard Attys,
               200 S. Michigan Avenue, Suite 1100,   Chicago, IL 60604-2461
25742621     +RLF I-C SPE, LLC, assignee of First Midwest Bank,   David G. Sommer, Esq.,
               Gallagher Evelius & Jones LLP,   218 N. Charles Street, Suite 400,   Baltimore, MD 21201-4033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25472585      E-mail/Text: bkr@cardworks.com Oct 17 2017 01:01:18     MERRICK BANK,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
25741570      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2017 01:08:23
               Portfolio Recovery Associates, LLC,   Successor to SYNCHRONY BANK,   (DISCOUNT TIRE),
               POB 41067,   Norfolk, VA 23541
25741576      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2017 01:08:22
               Portfolio Recovery Associates, LLC,   Successor to SYNCHRONY BANK,   (JC PENNEY CREDIT CARD),
               POB 41067,   Norfolk, VA 23541
25741573      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2017 01:20:59
               Portfolio Recovery Associates, LLC,   Successor to SYNCHRONY BANK,   (JC PENNEY MASTERCARD),
               POB 41067,   Norfolk, VA 23541
25472590     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2017 01:00:23
               PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
25472592     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2017 01:00:07
               PYOD, LLC its successors and assigns as assignee,   of FNBM, LLC,   Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
                                                                              TOTAL: 6


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
          Dana N O'Brien    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           dana.obrien@mccalla.com,  NDistrict@mccalla.com;veronica.frausto@mccalla.com
          James E. Morgan    on behalf of Creditor   Premier Trailer Leasing, Inc. jem@h2law.com,
           smckinney@howardandhoward.com
          Jay M Reese    on behalf of Debtor 1 Ronald L Cieslak, Jr. lawofficeofjmreese@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane  Zielinski, Trustee    trustee@zanezielinski.com,  zzielinski@ecf.epiqsystems.com
          Zane  Zielinski, Trustee    on behalf of Trustee Zane  Zielinski, Trustee
           trustee@zanezielinski.com,  zzielinski@ecf.epiqsystems.com
                                                                              TOTAL: 6