# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| Ronald L Cieslak, Jr. § | Case No. 16-37516 |
| § | |
| Debtor § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 143,560.00                    Assets Exempt: 21,400.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,318.80      Claims Discharged
                                                Without Payment: 354,103.83

Total Expenses of Administration: 881.20

---

3) Total gross receipts of $ 3,200.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,200.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 135,490.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 881.20 | 881.20 | 881.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 21,417.82 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 199,658.67 | 78,988.81 | 78,988.81 | 2,318.80 |
| **TOTAL DISBURSEMENTS** | $ 356,566.49 | $ 79,870.01 | $ 79,870.01 | $ 3,200.00 |

4)  This case was originally filed under chapter 7 on 11/28/2016 . The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/30/2018              By:/s/Zane L. Zielinski, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Pontiac Gto Mileage: 17800 Total Value = $11,300 Debtor | 1129-000 | 611.00 |
| 2011 Dodge Charger Mileage: 19000 | 1129-000 | 500.00 |
| Bank Of America | 1129-000 | 300.00 |
| Bank of America Checking Account | 1129-000 | 600.00 |
| Chase | 1129-000 | 650.00 |
| Chase | 1129-000 | 160.00 |
| Pnc | 1129-000 | 140.00 |
| Tcf | 1129-000 | 239.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,200.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | J. P. Morgan Chase, Mail Code OH4-7302 P. O. Box 24696 Columbus, OH 43224-0696 | | 105,790.00 | NA | NA | 0.00 |
| | Mercedes Benz Financial Corporation, P. O. Box 5209 Carol Stream, IL 60197-5209 | | 19,500.00 | NA | NA | 0.00 |
| | One Main Financial, 311 N Weber Rd Bolingbrook, IL 60440 | | 10,200.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 135,490.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 800.00 | 800.00 | 800.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 21.20 | 21.20 | 21.20 |
| Associated Bank | 2600-000 | NA | 60.00 | 60.00 | 60.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 881.20** | **$ 881.20** | **$ 881.20** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Department of the Treasury, IRS Cincinnati, OH 45999-0030 | | 21,417.82 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 21,417.82 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Avant Inc, PO Box 9183380 Chicago, IL 60691 | | 14,146.00 | NA | NA | 0.00 |
| | Capital One Mastercard, P.O. Box 30285 Salt Lake City, UT 84130-0385 | | 2,480.73 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Diamond Preferred, P O Box 78045 Phoenix, AZ 85062-8045 | | 1,757.22 | NA | NA | 0.00 |
| | Jane Fiala, 8421 Cessna Lane Downers Grove, IL 60516 | | 22,000.00 | NA | NA | 0.00 |
| | Juniper Masttercard, P O Box 60517 City of Industry, CA 91716-0517 | | 4,209.00 | NA | NA | 0.00 |
| | Kabbage, 730 Peachtree Street NE Suite 350 Atlanta, GA 30308-1226 | | 28,999.05 | NA | NA | 0.00 |
| | Real Term Logistics, 201 West Street Annapolis, MD 21401 | | 44,500.00 | NA | NA | 0.00 |
| | Sears Master Card, P. O. Box 6282 Sioux Falls, SD 57117-6282 | | 2,434.00 | NA | NA | 0.00 |
| 6 | Capital One Bank (Usa), N.A. | 7100-000 | 3,272.00 | 3,187.15 | 3,187.15 | 93.56 |
| 7 | Capital One Bank (Usa), N.A. | 7100-000 | 3,272.00 | 2,400.73 | 2,400.73 | 70.48 |
| 5 | Dominion Web Solutions | 7100-000 | 1,911.70 | 1,603.00 | 1,603.00 | 47.06 |
| 1 | Merrick Bank | 7100-000 | 3,168.00 | 3,031.03 | 3,031.03 | 88.98 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Portfolio Recovery Associates, Llc | 7100-000 | 4,465.08 | 6,010.24 | 6,010.24 | 176.44 |
| 11 | Portfolio Recovery Associates, Llc | 7100-000 | 3,373.00 | 3,226.05 | 3,226.05 | 94.70 |
| 9 | Portfolio Recovery Associates, Llc | 7100-000 | 581.19 | 581.19 | 581.19 | 17.06 |
| 8 | Premier Trailer Leasing, Inc. | 7100-000 | 9,500.00 | 9,000.00 | 9,000.00 | 264.20 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,757.22 | 1,757.22 | 1,757.22 | 51.59 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 2,272.00 | 2,157.39 | 2,157.39 | 63.33 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,060.48 | 1,034.81 | 1,034.81 | 30.38 |
| 12 | Rlf I-C Spe, Llc, Assignee Of First Midwest Bank | 7100-000 | 44,500.00 | 45,000.00 | 45,000.00 | 1,321.02 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 199,658.67 | $ 78,988.81 | $ 78,988.81 | $ 2,318.80 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-37516 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Ronald L Cieslak, Jr. | | | | Date Filed (f) or Converted (c): | 11/28/2016 (f) |
| | | | | | 341(a) Meeting Date: | 12/29/2016 |
| For Period Ending: | 03/30/2018 | | | | Claims Bar Date: | 06/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 235 Williamsburg Romeoville Il 60446-0000 Will | 141,000.00 | 0.00 | | 0.00 | FA |
| 2. 2012 Mercedes C Class Sportmatic Mileage: 43,800 | 16,560.00 | 0.00 | | 0.00 | FA |
| 3. 2011 Dodge Charger Mileage: 19000 | 13,700.00 | 500.00 | | 500.00 | FA |
| 4. 2005 Pontiac Gto Mileage: 17800 Total Value = $11,300 Debtor | 5,650.00 | 800.00 | | 611.00 | FA |
| 5. 2001 Ford Expedition Mileage: 195,000 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Appliances, Furniture Kitchen Supplies And Utensils, Bedding | 800.00 | 0.00 | | 0.00 | FA |
| 7. Chase | 650.00 | 650.00 | | 650.00 | FA |
| 8. Void | 0.00 | N/A | | 0.00 | FA |
| 9. Pnc | 140.00 | 140.00 | | 140.00 | FA |
| 10. Chase | 160.00 | 160.00 | | 160.00 | FA |
| 11. Tcf | 239.00 | 239.00 | | 239.00 | FA |
| 12. Bank Of America | 300.00 | 300.00 | | 300.00 | FA |
| 13. Bank of America Checking Account | 800.00 | 600.00 | | 600.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $180,999.00 | $3,389.00 | | $3,200.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The final report was approved and the hearing is set for 11/17/2017.

RE PROP #      8   --   This asset was deleted by accident, and reimported as Asset #9.

Initial Projected Date of Final Report (TFR):                    Current Projected Date of Final Report (TFR):

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-37516 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Ronald L Cieslak, Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1593 |
| | Checking |
| Taxpayer ID No: XX-XXX8679 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/17 | | Ronald L Cieslak Cashier's Check from Chase Bank | Settlement Payment from Debtor | | $3,200.00 | | $3,200.00 |
| | | | Gross Receipts $3,200.00 | | | | |
| | 3 | | 2011 Dodge Charger Mileage: 19000   $500.00 | 1129-000 | | | |
| | 4 | | 2005 Pontiac Gto Mileage: 17800 Total Value = $11,300 Debtor   $611.00 | 1129-000 | | | |
| | 7 | | Chase   $650.00 | 1129-000 | | | |
| | 9 | | Pnc   $140.00 | 1129-000 | | | |
| | 10 | | Chase   $160.00 | 1129-000 | | | |
| | 11 | | Tcf   $239.00 | 1129-000 | | | |
| | 12 | | Bank Of America   $300.00 | 1129-000 | | | |
| | 13 | | Bank of America Checking Account   $600.00 | 1129-000 | | | |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,190.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,180.00 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,170.00 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,160.00 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,150.00 |
| | | | Page Subtotals: | | $3,200.00 | $50.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-37516 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Ronald L Cieslak, Jr. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1593 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8679 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/30/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,140.00 |
| 11/17/17 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $821.20 | $2,318.80 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($800.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($21.20) | 2200-000 | | | |
| 11/17/17 | 5002 | Merrick Bank<br>Resurgent Capital Services<br>Po Box 10368<br>Greenville, Sc 29603-0368 | Final distribution to claim 1 representing a payment of 2.94 % per court order. | 7100-000 | | $88.98 | $2,229.82 |
| 11/17/17 | 5003 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | $81.97 | $2,147.85 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 2 representing a payment of 2.94 % per court order. ($51.59) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 4 representing a payment of 2.94 % per court order. ($30.38) | 7100-000 | | | |
| 11/17/17 | 5004 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 3 representing a payment of 2.94 % per court order. | 7100-000 | | $63.33 | $2,084.52 |
| 11/17/17 | 5005 | Dominion Web Solutions<br>150 Granby Street<br>Norfolk, Va 23510 | Final distribution to claim 5 representing a payment of 2.94 % per court order. | 7100-000 | | $47.06 | $2,037.46 |
| | | | Page Subtotals: | | $0.00 | $1,112.54 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-37516 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Ronald L Cieslak, Jr. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1593 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8679 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/30/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/17 | 5006 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp, Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution | | | $164.04 | $1,873.42 |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 6    ($93.56)<br>representing a payment of 2.94<br>% per court order. | 7100-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 7    ($70.48)<br>representing a payment of 2.94<br>% per court order. | 7100-000 | | | |
| 11/17/17 | 5007 | Premier Trailer Leasing, Inc.<br>C/O J. Morgan, Howard & Howard Attys<br>200 S. Michigan Avenue, Suite 1100<br>Chicago, Il 60604-2461 | Final distribution to claim 8<br>representing a payment of 2.94<br>% per court order. | 7100-000 | | $264.20 | $1,609.22 |
| 11/17/17 | 5008 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank<br>(Discount Tire)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 9<br>representing a payment of 2.94<br>% per court order. | 7100-000 | | $17.06 | $1,592.16 |
| 11/17/17 | 5009 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank<br>(Jc Penney Mastercard)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 10<br>representing a payment of 2.94<br>% per court order. | 7100-000 | | $176.44 | $1,415.72 |
| 11/17/17 | 5010 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank<br>(Jc Penney Credit Card)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 11<br>representing a payment of 2.94<br>% per court order. | 7100-000 | | $94.70 | $1,321.02 |
| 11/17/17 | 5011 | Rlf I-C Spe, Llc, Assignee Of First Midwest Bank<br>David G. Sommer, Esq.<br>Gallagher Evelius & Jones Llp<br>218 N. Charles Street, Suite 400<br>Baltimore, Md 21201 | Final distribution to claim 12<br>representing a payment of 2.94<br>% per court order. | 7100-000 | | $1,321.02 | $0.00 |

| | COLUMN TOTALS | $3,200.00 | $3,200.00 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Page Subtotals: | $0.00 | $2,037.46 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

| | | |
|---|---:|---:|
| Subtotal | $3,200.00 | $3,200.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,200.00 | $3,200.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1593 - Checking | $3,200.00 | $3,200.00 | $0.00 |
|  | $3,200.00 | $3,200.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $3,200.00 |
| Total Gross Receipts: | $3,200.00 |